STATE OF NEW JERSEY v. SYLVESTER PERRY.

May 29, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. BLAKE WEAVER.

May 29, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. HARRY WAYNE PARK.

May 29, 1974. Petition for certification denied.

WILDLIFE PRESERVES, INC. v.
TWP. OF PARSIPPANY-TROY HILLS.

May 29, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. LUIS OQUENDO.

May 29, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. NATHANIEL DURANT.

May 29, 1974. Petition for certification denied.